IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-1396-WYD-MEH

COBBLER NEVADA, LLC,

    Plaintiff,

v.

JOHN DOE 1,
JOHN DOE 2,
JOHN DOE 4,
JOHN DOE 6,
JOHN DOE 7,
JOHN DOE 8,
JOHN DOE 9
JOHN DOE 11,
JOHN DOE 12,
JOHN DOE 13,
JOHN DOE 14,
JOHN DOE 15,
JOHN DOE 16,
JOHN DOE 17,
JOHN DOE 18,
JOHN DOE 19,
JOHN DOE 20,
JOHN DOE 21,

    Defendants.

---

## ORDER DISMISSING PARTIES WITH PREJUDICE

---

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal of John Does 1 and 21 (ECF No. 22), with prejudice, filed on October 23, 2015.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants, John Does 1 and 21 shall be **DISMISSED WITH**

**PREJUDICE** from this action.  Accordingly, it is

ORDERED that Defendants, John Does 1 and 21 are **DISMISSED WITH PREJUDICE** from this action.  It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of John Does 1 and 21.

.

Dated: October 28, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge