IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-1396-WYD-MEH

COBBLER NEVADA, LLC,

    Plaintiff,

v.

JOHN DOE 2,
JOHN DOE 4,
JOHN DOE 6,
JOHN DOE 7,
JOHN DOE 8,
JOHN DOE 9,
JOHN DOE 11,
JOHN DOE 12,
JOHN DOE 13,
JOHN DOE 14,
JOHN DOE 15,
JOHN DOE 16,
JOHN DOE 17,
JOHN DOE 18,
JOHN DOE 19,

    Defendants.

---

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

---

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal of Case (ECF No. 25), without prejudice, filed on October 28, 2015.  None of the remaining Defendants in this action has filed an Answer or Motion for Summary Judgment.  After careful review of the record, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action shall be **DISMISSED WITHOUT**

**PREJUDICE**.  Accordingly, it is

ORDERED that this action is **DISMISSED WITHOUT PREJUDICE** against Defendants John Does 2, 4, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, and 19.  Plaintiff requested in this Notice that Defendant John Doe 10 be dismissed as well; however, John Doe 10 was previously dismissed from this action without prejudice on October 6, 2015.  *See* ECF No. 20.  The Clerk of the Court is directed to close this case.

Dated: October 28, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge